SPENCER S. PEAK, Respondent, *v.* FRANCIS LEMON et al.,
Appellants.

(Argued April 19, 1872; decided April 23, 1872.)

*Amasa J. Parker* for the appellants.

*A. Storrs* for the respondent.

Agree to affirm.  No opinion.
Judgment affirmed, with costs.

---

CHARLES W. TERRETT, Respondent, *v.* THE NEW YORK AND
BROOKLYN STEAM SAW-MILL AND LUMBER COMPANY,
Appellant.

(Submitted April 19, 1872; decided April 23, 1872.)

THIS is an action of ejectment.  Both parties claimed under
a common source of title.  Defendant's deed was the prior
one, and bounded the land conveyed on one side " by the south-
easterly line or side" of what was formerly known as First
avenue, in the city of Brooklyn.  This avenue had never been
opened as a public highway, and had been discontinued by
act of the legislature.  The conveyance contained this clause,
also, " together with all the right and title of the grantor in
and to one-half of the streets and avenues by which said lots
are bounded."  There was no other avenue referred to in the
description of the granted premises, and the grantor had title
thereto.  *Held,* that defendant's deed carried the title to the
center of the avenue.

*Edgar M. Cullen* for the appellant.

*Rufus L. Scott* for the respondent.

ALLEN, J., reads opinion for reversal and new trial.  All
concur.

Judgment reversed and new trial ordered, costs to abide
event.